UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20553-cv-GOLD/GOODMAN

ALBERT E. GUILDER,

    Petitioner,

v.

FEDERAL BUREAU OF INVESTIGATION,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge McAliley's Report and Recommendation ("the Report"). [ECF No. 16]. In the Report, Judge McAliley finds that Petitioner failed to serve the Respondent in accordance with the requirements of the Federal Rules of Civil Procedure; his Complaint was properly dismissed without prejudice; and his Motion for Rehearing should be denied. [*Id.* at 6]. Petitioner has filed a Motion for Leave To Amend Complaint and Perfect Service [ECF No. 18] in accordance with the Report. Petitioner has otherwise filed no objections to the Report, and the time for doing so has expired.

Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Report [ECF No. 16] is **AFFIRMED AND ADOPTED**.

    2.    Petitioner's Motion for Rehearing [ECF No. 11] is **DENIED**.

    3.    Petitioner's Motion for Leave To Amend Complaint and Perfect Service [ECF No. 18] is **GRANTED**.

4. Petitioner shall file an Amended Complaint and properly serve Respondent in accordance with the Federal Rules of Civil Procedure on or before **June 17, 2011**.

5. Until Petitioner files an Amended Complaint, this case shall remain **CLOSED**.

DONE and ORDERED in Chambers in Miami, Florida, this 20 day of May, 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Jonathan Goodman
U.S. Magistrate Judge Chris M. McAliley

Albert Guilder - (via U.S. mail from Chambers)
D.C. # L35658
Zephyrhills Correctional Institution
2739 Gall Blvd.
Zephyrhills, FL
33541-9701